```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

Felix A. Perez

    v.                                      Civil No. 12-cv-314-JD

United States of America

### O R D E R

The petitioner, Felix Perez, filed a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254. Perez had previously filed a petition for habeas corpus relief with this court on September 10, 2010. See Felix A. Perez v. United States, No. 1:10-cv-402-JD (document no. 1). "Before a second or successive application [for habeas corpus relief] is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A). Because Perez did not move in the First Circuit for leave to file a second or successive petition for habeas corpus relief, this court does not have jurisdiction over Perez's petition. See Pratt v. United States, 129 F.3d 54, 57 (1st Cir. 1997).

### Conclusion

Accordingly, the petition is dismissed for lack of jurisdiction. The petitioner may seek authorization from the

United States Court of Appeals for the First Circuit to file a second or successive petition.  The clerk of court shall enter judgment accordingly and close the case.

    SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

September 6, 2012

cc:  Seth R. Aframe, Esquire
     Felix A. Perez #04182-049, pro se